**VIRGINIA IRON, COAL & COKE CO., Plaintiff in Error, v. EASLEY COTTON MILLS, Defendant in Error.**

(Circuit Court of Appeals, Fourth Circuit. June 15, 1925.)

No. 2327.

In Error to the District Court of the United States for the Western District of South Carolina, at Greenville, Henry H. Watkins, Judge.

B. F. Martin, of Greenville, S. C. (Martin & Blythe and E. M. Blythe, all of Greenville, S. C., and L. A. Nuckols, of Roanoke, Va., on the brief), for plaintiff in error.

H. J. Haynsworth, of Greenville, S. C. (C. F. Haynsworth and Haynsworth & Haynsworth, all of Greenville, S. C., on the brief), for defendant in error.

Before WOODS, WADDILL, and ROSE, Circuit Judges.

WOODS, Circuit Judge. This case was tried with that of Virginia Iron, Coal & Coke Co. v. Woodside Cotton Mills Co., 6 F.(2d) 442, and involves the same questions.

In accordance with the opinion therein filed this day the judgment in this case is affirmed.